**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROSENDO COELLO,

                Plaintiff,

-v-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 2041 (JPO)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 20, 2019, that this action is reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Counsel will remand to a different ALJ, and the ALJ will give further consideration to the entire medical record, further evaluate the claimant's RFC and issue a new decision limited to the closed period from the amended onset date of January 1, 2013 through July 1, 2017, the date on which Mr. Coello was found disabled on a subsequent application.

**Dated:**  New York, New York
         December 23, 2019

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                **BY:**
                                                  **Deputy Clerk**